■  J & J LOG AND LUMBER CORPORATION, Appellant, v HILDEBRAND MACHINE COMPANY, INC., Respondent.—In an action to recover damages for breach of an express warranty in the construction of a kiln, plaintiff appeals from an order of the Supreme Court, Dutchess County, dated December 1, 1976, which denied its motion for summary judgment. Order affirmed, with $50 costs and disbursements. Where the facts are solely within the knowledge of the moving party, a motion for summary judgment must be denied *(Overseas Reliance Tours & Travel Serv. v Sarne Co.,* 17 AD2d 578). Margett, Acting P. J., Shapiro, Titone and O'Connor, JJ., concur.

■  AVERY KNIGHT, Appellant, v ALLEN SELINGER, Respondent.—In a negligence action to recover damages for personal injuries, plaintiff appeals from a judgment of the Supreme Court, Nassau County, entered April 23, 1976, which is in favor of defendant and against him, upon a jury verdict. Judgment affirmed, without costs or disbursements. The evidence was sufficient to support the verdict for defendant (see *Olsen v Chase Manhattan Bank,* 10 AD2d 539, 544, affd 9 NY2d 829). We have considered plaintiff's other arguments and find them to be without merit. Martuscello, Acting P. J., Cohalan, Rabin and Mollen, JJ., concur.